UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS,<br><br>    Petitioner,<br><br>    v.<br><br>ERIC ARNOLD, Warden,<br><br>    Respondent. | Case No. CV 17-9271 DSF(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order (1) Dismissing Petition for Writ of Habeas Corpus and Action; and (2) Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

DATED: 4/4/18 _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE